IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| REXAM BEAUTY AND CLOSURES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>SAINT GOBAIN CORPORATION, )<br>)<br>Defendant. )<br>) | Civil Action No.<br><br>**JURY DEMAND** |

## COMPLAINT FOR INFRINGEMENT OF PATENT

Plaintiff for its complaint against Defendant, alleges as follows:

### The Parties

1.  Plaintiff, Rexam Beauty And Closures, Inc. a/k/a Rexam Dispensing Systems ("Rexam") is a Delaware corporation having a principal place of business at 60 Electric Avenue, Thomaston, Connecticut 06787.

2.  Upon information and belief, Defendant, Saint Gobain Corporation ("Saint Gobain") is a Pennsylvania corporation having a principal place of business at 750 E Swedesford Road, Valley Forge, Pennsylvania 19482.

### Patent Infringement

3.  This action is for damages and injunctive relief from patent infringement by Plaintiff, and arises under the United States Patent Laws, particularly 35 U.S.C. §271 et seq.

Subject matter jurisdiction is based on 28 U.S.C. §1331 and 1338(a).  Venue is based on 28 U.S.C. §1391(b), 1391(c), and/or 1400(b).

4. Plaintiff Rexam is the owner of the entire right, title and interest in and to United States Patent No. 4,773,553 ("the '553 patent"), entitled "Assembly For Securing And Sealing A Dispenser To A Flanged Container", which was duly and legally issued by the United States Patent and Trademark Office on September 27, 1988 in the name of the inventor, Owen F. Van Brocklin.  A copy of the patent is attached as Exhibit A.

5. Upon information and belief, Defendant has been and still is infringing one or more claims of the '553 patent by making, using, selling, offering for sale, and/or importing into the United States the Calmar Clikit® pump attachment (see photographs attached as Exhibit B).

6. Upon information and belief, Defendant has been and still is infringing one or more claims of the '553 patent in order to accelerate its entrance into the market upon expiration of the '553 patent.

7. Upon information and belief, Defendant has been and still is actively inducing others to infringe, and/or contributorily infringing, one or more claims of the '553 patent through its sale, offer for sale, or import of the Calmar Clikit® pump attachment.

8. Upon information and belief, Defendant's infringement, inducement of infringement, and contributory infringement has been and continues to be willful.

9. Plaintiff has been damaged by loss of sales and customers by the defendant's infringement of the '553 patent, and claim all damages, including but not limited to reasonable royalties, to which it is entitled.

10. The harm to Plaintiff resulting from the infringing acts of Defendant is irreparable, continuing, not fully compensable by money damages and will continue unless enjoined by this Court.

## DEMAND FOR JURY TRIAL

11. Plaintiff demands a trial by jury on all claims and issues so triable.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment as follows:

A. That a permanent injunction be entered against the Defendant, its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with the Defendant who receive actual notice of the injunction by personal service or otherwise, from any further infringement of the '553 patent pursuant to 35 U.S.C. § 283, and that the permanent injunction have effect after the expiration date of the '553 patent for a time period at least equal to the time period of Defendant's infringement in order to mitigate Defendant's unlawful accelerated market position;

B. That Plaintiff be awarded their damages, including those that will be incurred after the expiration of the '553 patent such as those resulting from the Defendant's accelerated market position, suffered by reason of the infringements by Defendant, together with prejudgment interest;

C. That the damages awarded to Plaintiff be trebled pursuant to 35 U.S.C. § 284 due to the willful acts of infringement complained of herein;

  D. That this be declared an exceptional case pursuant to 35 U.S.C. § 285;

  E. That Plaintiff be awarded their attorneys fees and costs; and

  F. That Plaintiff be awarded any other and further relief that this Court may deem just and proper.

Date: 25 August 2005

Respectfully submitted,

_/s/ Gene S. Winter_
Gene S. Winter, ct05137
Todd M. Oberdick, ct18555
Richard J. Basile, ct20491
ST.ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905
Telephone: (203) 324-6155
Telecopier: (203) 327-1096
Email: lit@ssjr.com

Attorneys for Plaintiff